**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21560-LEIBOWITZ**

**STEVEN KAUFMAN,**

     *Plaintiff,*

v.

**MIAMI-DADE SHERIFF'S OFFICE,** *et al.,*

     *Defendants.*

_____/

## ORDER

     **THIS CAUSE** is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Complaint ("the Motion") [ECF No. 6].  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion **[ECF No. 6]** is **GRANTED**.  Defendants shall file an answer or response to the Complaint no later than March 30, 2026.

     **DONE AND ORDERED** in the Southern District of Florida on March 17, 2026.

<br>

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record