**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STEVEN KAUFMAN,

        Plaintiff,                           CASE NO.: 1:26-cv-21560-LEIBOWITZ

v.

MIAMI-DADE SHERIFF'S OFFICE, and
MIAMI-DADE COUNTY, FLORIDA.

        Defendants.

_____/

**ORDER GRANTING MOTION TO REMAND TO STATE COURT**

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Remand to State Court [ECF No. 9]. The Court having reviewed the file and being duly advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      The Plaintiff's Motion to Remand [ECF No. 9] is **GRANTED**. This action is **REMANDED** to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2.      All other pending motions are **DENIED as MOOT**.

3.      The Clerk of Court shall **CLOSE** the case.

**DONE** and **ORDERED** in Miami, Florida, this _____ day of _____, 2026.

                                 _____

                                 DAVID S. LEIBOWITZ
                                 UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record