UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STEVEN KAUFMAN,

    Plaintiff,

v.                                      Case No. 1:26-cv-21560-DSL

MIAMI-DADE SHERIFF'S OFFICE;
MIAMI-DADE COUNTY, FLORIDA;
JUAN VILLALBA, an individual; and
RAUL JAIME NUNEZ, an individual,

    Defendants.

_____/

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

PLEASE TAKE NOTICE, pursuant to Local Rule 11.1(g), that effective immediately Marc A. Sugerman, counsel for Defendants Miami-Dade Sheriff's Office ("MDSO"), Miami-Dade County, Florida ("County"), Juan Villalba ("Villalba"), and Raul Jaime Nuñez ("Nuñez") (collectively, "Defendants"), is now employed by the law firm of Ford Harrison LLP. Marc A. Sugerman will continue to represent Defendants. The change in his contact information is as follows:

**FordHarrison LLP**
**Marc A. Sugerman**
**300 South Orange Avenue, Suite 1300**
**Orlando, FL 32801**

March 24, 2026.                    Respectfully submitted,

                                   */s/ Marc A. Sugerman*
                                   Marc A. Sugerman
                                   Florida Bar No. 0081876
                                   Email: msugerman@fordharrison.com
                                   Madonna M. Snowden
                                   Florida Bar No. 124522
                                   Email: msnowden@fordharrison.com
                                   FORDHARRISON, LLP
                                   300 South Orange Avenue
                                   Suite 1300
                                   Orlando, Florida  32801
                                   (407) 418-2313  Telephone


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court which will send a notice of electronic filing to:

Daniel Jordan Barroukh, Esq.
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131
daniel@dereksmithlaw.com

Jahanshah John Bral, Esq. *(pending Pro Hac Vice)*
450 7th Avenue, 30th Floor
New York, New York  10123

*Attorneys for Plaintiff*

                                   */s/ Marc A. Sugerman*
                                   Marc A. Sugerman
                                   Florida Bar No. 0081876