**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128−7716
(305)523−5100

FILED BY___ABM___D.C.

Apr 6, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

Date: March 25, 2026

THE ORIGINAL FILED
OFFICE OF THE CLERK AND COMPTROLLER
MIAMI-DADE COUNTY

APR − 1 2026

MIAMI-DADE COUNTY
CIRCUIT & COUNTY COURTS

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE:  District Court Case No.: <u>1:26−cv−21560−DSL</u>

State Court Case No.: <u>25−25606−CA−01</u>

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed

to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed

copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the

District Court's certified copy of the Order of Remand.

By: Marshalene Clarke
Deputy Clerk

On: APR 0 1 2026

Angela E. Noble, Clerk of Court

By  _/s/ Esperanza Buchhorst−Rodriguez_
Deputy Clerk

PRSRT 1ST CLASS 040926

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
*Office of the Clerk*
*299 East Broward Boulevard, Rm 108*
*Ft. Lauderdale, Florida 33301*

*OFFICIAL BUSINESS*
*PENALTY FOR PRIVATE USE $300*

FIRST-CLASS
AUTO LETTER



US POSTAGE AND PITNEY BOWES

ZIP 33331 $ 000.59³
02 7W
0008043343 APR 02 2026

U.S.D.C.
Southern District of Florida
Office of the Clerk
299 E. Broward Blvd. Rm. 108
Ft. Lauderdale, FL. 33301

167 BBJASEB 33301